UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>JACQUELINE D. RUSSELL,<br>and,<br>BENJAMIN RUSSELL,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-24878<br><br>Chapter: 13<br>Honorable LaShonda Hunt |

### ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtors are allowed to retain the first $1,200.00, of her refund for 2016.

2) Debtors may retain the first $1,200.00, of future income tax refunds while in this bankruptcy.

3) The default caused by not turning over their 2016 tax refund is deferred to the end of the plan.

4) The plan payment is increased to $250.00, per month beginning December 1, 2017.

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: November 06, 2017

**Prepared by:**

Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100