UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-24878 |
| | ) | |
| JACQUELINE AND BENJAMIN RUSSELL | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING DEBTORS TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1)  The Debtors are granted leave to have their Motion to Incur Debt heard on shortened notice.

2)  The Debtors are authorized to incur debt not to exceed $9,000.00, at no more than 25% interest, with monthly payments of up to $250.00 per month, for a 2016 Nissan Versa or similar vehicle.

Enter:   _LaShonda A. Hunt_

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  February 12, 2018

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090